IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OTHA D. ARCHIE,                )
                               )
        Petitioner,             )
                               )
    v.                         )    1:25-cv-457
                               )
NORTH CAROLINA DEPARTMENT      )
OF ADULT CORRECTIONS,          )
                               )
        Respondent.             )

**ORDER**

On July 8, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Petitioner pursuant to 28 U.S.C. § 636. (Docs. 8, 9.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 8), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

_____
United States District Judge